| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2011 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)  HOLMAN, THOMAS C. | 2. Court or Organization  EASTERN DISTRICT OF CALIFORNIA | 3. Date of Report  05/11/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  BANKRUPTCY JUDGE FULL TIME | 5a. Report Type (check appropriate type)  ☐ Nomination Date  ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2011 to 12/31/2011 |

**7. Chambers or Office Address**

UNITED STATES BANKRUPTCY COURT
501 I STREET, SUITE 3-200
SACRAMENTO, CA 95814

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLMAN, THOMAS C. | 05/11/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLMAN, THOMAS C. | 05/11/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLMAN, THOMAS C. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANK OF AMERICA (3 ACCTS) | A | Interest | L | T | | | | | |
| 2. BANK OF AMERICA ▨ | A | Interest | M | T | | | | | |
| 3. COST (IRA NO. 1) | A | Dividend | K | T | | | | | |
| 4. SWY (IRA NO. 1) | B | Dividend | L | T | | | | | |
| 5. TGVAX (IRA NO. 1) | A | Dividend | L | T | | | | | |
| 6. SSCC, FORMERLY SSCJQ (IRA NO. 2) | A | Distribution | | | Sold | 05/31/11 | J | B | |
| 7. THCGX (IRA NO. 1) | | None | K | T | | | | | |
| 8. ABALX (IRA NO. 1) | D | Dividend | N | T | | | | | |
| 9. AGTHX (IRA NO. 1) | B | Dividend | M | T | | | | | |
| 10. BRCLCAB (457B PLAN NO. 1) | A | Int./Div. | K | T | | | | | |
| 11. MDCPIND (457B PLAN NO. 1) | A | Int./Div. | J | T | | | | | |
| 12. MS EAFE (457B PLAN NO. 1) | A | Int./Div. | J | T | | | | | |
| 13. RUS IND (457B PLAN NO. 1) | A | Int./Div. | J | T | | | | | |
| 14. STK IND (457B PLAN NO. 1) | C | Int./Div. | K | T | | | | | |
| 15. ▨ (IRA NO. 1) | | None | J | T | | | | | |
| 16. DREYFUS OPPORTUNISTIC MIDCAP VALUE - DMCVX (IRA NO. 2) | A | Dividend | J | T | | | | | SEE PART VIII |
| 17. | B | Distribution | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLMAN, THOMAS C. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. SYMETRA LIFE INSURANCE CO. | C | Interest | M | T | | | | | |
| 19. DREYFUS LIQUID ASSETS - DLAXX (IRA NO. 2) | | None | J | T | | | | | |
| 20. JACKSON NATIONAL LIFE INSURANCE CO. - ANNUITY (SEP IRA NO. 2 | A | Interest | J | T | | | | | |
| 21. TRMXX (IRA NO. 1) | A | Dividend | N | T | | | | | |
| 22. TRMXX (IRA NO. 2) | A | Dividend | L | T | | | | | |
| 23. SCHWAB HOLMAN TRUST | | None | J | T | | | | | |
| 24. SCHWAB HOLMAN TRUST | A | Interest | K | T | | | | | |
| 25. RENTAL PROPERTY #1 (⬚ SANTA CRUZ, CA)-- TRUST | E | Rent | P1 | Q | | | | | SEE PART VIII |
| 26. RENTAL PROPERY #2 (⬚ SANTA CRUZ, CA)-- TRUST | | None | N | Q | | | | | SEE PART VIII |
| 27. FRANKLIN TEMPLETON (FKTFX) - TRUST | D | Dividend | M | T | | | | | SEE PART VIII |
| 28. PUTNAM CA TAX EXEMPT INCOME A (PCTEX) - TRUST | D | Dividend | N | T | | | | | SEE PART VIII |
| 29. PUTNAM GROWTH & INCOME A (PGRWX) - TRUST | A | Dividend | L | T | | | | | SEE PART VIII |
| 30. WELLS FARGO (3 ACCTS) | A | Interest | L | T | | | | | SEE PART VIII |
| 31. RKT (IRA NO. 2) | A | Distribution | J | T | Spinoff (from line 6) | 05/31/11 | J | | |
| 32. ⬚ (IRA NO. 2) | | None | J | T | | | | | SEE PART VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLMAN, THOMAS C. | 05/11/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII, LINE 16 AND 17 --- THE NAME OF THIS EQUITY CHANGED FROM THE PRIOR YEAR FROM DREYFUS MIDCAP VALUE FUND (DMCVX) TO DREYFUS OPPORTUNISTIC MIDCAP VALUE FUND (DMCVX)

PART VII, LINE 25 --- THE RENTAL PROPERTY INCOME AND YEAR-END VALUE REPRESENT 100% OWNERSHIP OF THE TOTAL INCOME AND THE APPRAISAL VALUE OF $1,032,000 WHICH WAS PERFORMED ON 11/03/2009. ⬛ A TRUSTEE AND BENEFICIARY OF THE ⬛ ⬛ . TRUST ⬛ .

PART VII, LINE 26 --- THE RENTAL PROPERTY INCOME AND YEAR-END VALUE REPRESENT 100% OWNERSHIP OF THE TOTAL INCOME AND THE APPRAISAL VALUE OF $362,000 WHICH WAS PERFORMED ON 11/03/2009. ⬛ A TRUSTEE AND BENEFICIARY OF THE ⬛ ⬛ TRUST ⬛

PART VII, LINE 27 --- THE DIVIDEND INCOME AND YEAR-END VALUE REPRESENT 100% OWNERSHIP OF THE TOTAL INCOME AND THE VALUE OF $211,300. ⬛ A TRUSTEE AND BENEFCIARY OF THE ⬛ TRUST ⬛ .

PART VII, LINE 28 --- THE DIVIDEND INCOME AND YEAR-END VALUE REPRESENT 100% OWNERSHIP OF THE TOTAL INCOME AND THE VALUE OF $266,603. ⬛ A TRUSTEE AND BENEFCIARY OF THE ⬛ TRUST ⬛ .

PART VII, LINE 29 --- THE DIVIDEND INCOME AND YEAR-END VALUE REPRESENT 100% OWNERSHIP OF THE TOTAL INCOME AND THE VALUE OF $66,337. ⬛ A TRUSTEE AND BENEFCIARY OF THE ⬛ TRUST ⬛

PART VII, LINE 30 --- ONE OF THE THREE WELLS FARGO ACCOUNTS ⬛ WAS CLOSED ON AUGUST 30, 2011 AND A NEW ACCOUNT ⬛ WAS OPENED ON AUGUST 22, 2011.

PART VII, LINE 32 --- THIS SECURITY WAS INADVERTENTLY NOT REPORTED PREVIOUSLY. THE SECURITY WAS RECEIVED THROUGH A MERGER WITH LINE 6 ON 6/30/2010.

| Name of Person Reporting | Date of Report |
|---|---|
| HOLMAN, THOMAS C. | 05/11/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ THOMAS C. HOLMAN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544